# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00103-CV

**Kameron Williams, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 214,846-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Kameron Williams failed to file a brief and to respond to this Court's notice that her brief was overdue. We abated this appeal and instructed the trial court to conduct a hearing to determine whether appellant desired to pursue her appeal. *See* Tex. R. App. P. 38.8(a)(2); *see also* Tex. R. App. P. 38.8(b)(2)-(3). At the hearing on August 20, 2007, appellant's counsel stated that appellant did not want to pursue her appeal, and the trial court found that appellant has abandoned her appeal. Accordingly, this appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed

Filed:   August 31, 2007